# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147787

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHARLES MELKI,
          Plaintiff-Appellee,

v

                                      SC: 147787
                                      COA: 306135

CLAYTON CHARTER TOWNSHIP, BRUCE
BEATTY, and CHARLES SHINOUSKIS,
          Defendants-Appellants.
                                      Genesee CC: 09-091361-CL

_____/

      On order of the Court, the application for leave to appeal the August 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

                                        Clerk